IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TLC ACQUISITION CORPORATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEST BUY STORES, L.P. <br><br> Defendant. | Civil Action No. 3:06CV1976 (MRK) |

### STIPULATION OF DISMISSAL

Plaintiff TLC ACQUISITION CORPORATION, LLC and Defendant, BEST BUY STORES, L.P., through their respective attorneys, hereby stipulate and agree to dismissal of the above action pursuant to Rule 41(a)(2), Fed. R.Civ.P., as follows:

1. All claims and counterclaims in the above action are hereby dismissed without prejudice.

2. Each party shall bear its own attorneys fees and costs.

SO ORDERED.

Date:_____          _____
                          MARK R. KRAVITZ, U.S.D.J.

Respectfully submitted,

Date: April 23, 2007

*[signature]*

Stephen P. McNamara, ct01220
David Chen, ct21783
ST. ONGE STEWARD JOHNSTON & REENS LLC

986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Telecopier: (203) 327-1096
Email: litigation@ssjr.com

Attorneys for Plaintiff
TLC ACQUISITION CORPORATION, LLC

*[signature]*

Timothy P. Jensen, ct 18888
TYLER COOPER & ALCORN, L.L.P.
205 Church Street
New Haven, CT 06509-0906
Telephone: (203) 784-8228
Facsimile: (203) 777-1181
Email: tjensen@tylercooper.com

Emmett J. McMahon
Christopher J. Kuhlman
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Defendant
BEST BUY STORES, L.P.